THE UNION PACIFIC TEA COMPANY *vs.* HENRY DICK.

Third Judicial District.

Submitted on briefs November 4th—decided December 20th, 1913.

ACTION against a surety upon his bond, brought to and tried by the Court of Common Pleas in Fairfield County, *Scott, J.;* facts found and judgment rendered for the plaintiff for $130, and appeal by the defendant. *No error.*

*William H. Cable,* for the appellant (defendant).

*J. Moss Ives* and *Thomas A. Keating,* for the appellee (plaintiff).

Opinion filed with the clerk of the Court of Common Pleas in Fairfield County.